Filed 11/26/25  Olympic and Georgia Partners v. County of L.A. CA2/8

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION EIGHT

| | |
|---|---|
| OLYMPIC AND GEORGIA PARTNERS, LLC,<br><br>    Plaintiff and Appellant,<br><br>    v.<br><br>COUNTY OF LOS ANGELES,<br><br>    Defendant and Appellant. | B312862<br><br>Los Angeles County<br>Super. Ct. No. BC707591 |

APPEAL from a judgment of the Superior Court of Los Angeles County, Malcolm H. Mackey, Judge.  On remand from the California Supreme Court.  Remanded.

Greenberg Traurig, Charles Stephen Davis and Colin W. Fraser for Plaintiff and Appellant.

KJM Law Partners, Kevin J. Moore and Evan T. Chavez for California Alliance for Taxpayer Advocates as Amicus Curiae on behalf of Plaintiff and Appellant.

Renne Public Law Group, Michael K. Slattery, Thomas G. Kelch, and Imran M. Dar for Defendant and Appellant.

_____

In *Olympic and Georgia Partners, LLC v County of Los Angeles* (2025) 18 Cal.5th 739, our Supreme Court has directed us to remand this matter to the trial court so that it may remand the case to the Los Angeles County assessment appeals board with directions to hold further proceedings, consistent with the Supreme Court opinion, regarding the valuation of Olympic's flag and franchise, food and beverage, and workforce assets.

**DISPOSITION**

We remand the case. Each party to bear their own costs.


WILEY, J.


We concur:



STRATTON, P. J.



VIRAMONTES, J.

2